UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE DAVID M. KENT,

    Debtor.
_____/

DAVID M. KENT,

    Appellant,

v.

Case Number 18-11858
Honorable David M. Lawson

DANIEL M. MCDERMOTT, Trustee,

    Appellee,

and

LINDA KENT,

    Interested party.
_____/

## JUDGMENT

In accordance with the opinion affirming the decision of the bankruptcy court, it is **ORDERED AND ADJUDGED** that the bankruptcy court's order permitting substitution of the United States Trustee as plaintiff in the adversary proceeding below is **AFFIRMED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   October 23, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 23, 2018.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI